YUMKAS VIDMAR SWEENEY

Paul Sweeney ✧ 443-569-5972 ✧ psweeney@yvslaw.com

July 20, 2012

**VIA CM/ECF**

The Honorable Peter J. Messitte
U.S. District Court
District of Maryland (Greenbelt)

Re:   Cresta Miller, *et al.* v. Wade S. Williams, *et al.* Case No: 8:12-cv-00352-PJM

Dear Judge Messitte:

This letter serves as a Joint Status Letter of Appellants, Cresta Miller ("Miller") and Political Action Committee Services, LLP (together, "PAC Services"), and Wade Williams and PAC Outsourcing, LLC, Appellees, as requested by this Court on July 10, 2012 [Dkt #6].

Most aspects of the settlement appear to have been effectuated as required by the Debtors' Plan (as defined below). On July 17, 2012, PAC Outsourcing filed a Chapter 11 Motion for Final Decree and Order Closing Chapter 11 Case of PAC Outsourcing, LLC ("Motion to Close") in the bankruptcy case styled, *In re PAC Outsourcing, LLC*, Case No. 07-19429. For the reasons detailed below, PAC Services will oppose the Motion to Close because outstanding obligations of the Debtor have not been resolved.

Pursuant to the Amended Joint Plan of Reorganization by Wade S. Williams and Tenenbaum and Saas, P.C. and Cresta Miller ("Plan") [Dkt #393], PAC Outsourcing. LLC was obligated to execute and deliver a "bill of sale effecting an assignment of the entirety of the right, title and interest of Williams in PAC Services Realty, LLC to Cresta Miller." Plan, page 9. The Plan was confirmed by order of the bankruptcy court on May 17, 2012 [Dkt #405].

However, despite efforts to ensure a smooth transition, some issues remain. Ms. Miller claims that Mr. Williams did not fully comply with the terms. Ms. Miller believes that Williams was responsible for keeping the mortgage on the property owned by PAC Services Realty, LLC current. For the months of March through June, Williams paid the bank less than the total amount due and owing on the mortgage for those months by approximately $2,083.03. Since the mortgage is an installment loan, Williams' actions caused the length of the mortgage to be extended and increased the amount of interest owed by Miller. Mr. Williams claims that the loan was current at the time of the transition and that he has fully performed under the settlement.

2530 Riva Road I Suite 400 I Annapolis, MD 21401 I Phone: 410.571.2780 I Fax: 410.571.2798 I www.YVSLAW.com

The Honorable Peter J. Messitte
July 20, 2012
Page 2

    We anticipate that the remaining issues will be resolved by the Bankruptcy Court in the context of the Motion to Close and that a dismissal of this appeal can then be filed. We respectfully suggest that this will take approximately thirty (30) days.

                                        Respectfully submitted,

                                        YUMKAS, VIDMAR & SWEENEY, LLC

                                        Paul Sweeney
                                        *Attorneys for Cresta Miller and*
                                        *Political Action Committee Services, LLP*

cc:    Ronald Drescher, Esq.
        *Attorney for Wade S. Williams and*
           *PAC Outsourcing, LLC*